PHILIP R. SELLINGER
United States Attorney
BEN KURUVILLA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 297-2085
ben.kuruvilla@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORTVIEW PROPERTIES, LLC,<br><br>                    *Plaintiff,*<br><br>        v.<br><br>CORECIVIC, INC. and THE UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    *Defendants.* | HONORABLE SUSAN D. WIGENTON<br><br>Civil Action No. 2:22-cv-3220 (SDW) (CLW)<br><br>APPLICATION, PURSUANT TO LOCAL RULE 6.1, FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND |

Application is hereby made pursuant to Local Rule 6.1 for a Clerk's Order

extending the time within which Defendant United States Immigration and Customs

Enforcement ("ICE") may answer, move, or otherwise respond to the complaint filed

by plaintiff Portview Properties, LLC until **June 17, 2022**, and it is represented that:

1.    Plaintiff originally filed this action in Superior Court of New Jersey,

Union County, Law Division, under Docket UNN-L-32-00021.

2.    On May 27, 2022, Defendant ICE removed this action to federal court.

*See* ECF No. 1

3.      Pursuant to Fed. R. Civ. P. 81(c), Defendant ICE's current deadline to answer, move, or otherwise respond to the complaint is due seven (7) days after the removal was filed, or June 3, 2022

4.      ICE has not obtained any previous extension to respond to the complaint.

5.      Accordingly, Defendant ICE hereby requests that the deadline to answer, move or otherwise respond to plaintiff's complaint be extended until **June 17, 2022.**

6.      Defendant ICE expressly reserves the right to raise any and all defenses, including, but not limited to, contesting jurisdiction and service of process.

Dated: Newark, New Jersey
     June 3, 2022

PHILIP R. SELLINGER
United States Attorney


By:     /s/ Ben Kuruvilla     
     BEN KURUVILLA
     Assistant United States Attorney


ORDER

The above application is ORDERED GRANTED on this ___ day of June 2022; Defendant ICE will answer, move, or otherwise respond to the complaint by June 17, 2022.


WILLIAM T. WALSH

By:     _____
     Deputy Clerk

# CERTIFICATE OF SERVICE

I, Ben Kuruvilla, Assistant United States Attorney for the District of New Jersey, hereby certify that on June 3, 2022, the foregoing Application Pursuant to Local Civil Rule 6.1 was served on counsel of record by ECF and first-class mail to the following addresses:

A. Ross Pearlson, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 07052
*Attorneys for Plaintiff*

Cory M. Gray, Esq.
Clarissa A. Gomez, Esq.
Greenberg Traurig, LLP
500 Campus Drive, Ste 400
PO Box 677
Florham Park, NJ 07932
*Attorneys for Defendant CoreCivic*

Dated: Newark, New Jersey
      June 3, 2022

  /s/ Ben Kuruvilla
BEN KURUVILLA
Assistant United States Attorney