

ATTORNEYS AT LAW

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**A. ROSS PEARLSON**
rpearlson@csglaw.com
(O) 973.530.2100
(F) 973.530.2300

August 17, 2022

**_VIA ECF_**
Hon. Susan D. Wigenton
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Federal Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:**    ***Portview Properties, LLC v. CoreCivic, Inc., et al.***
                **Civil Action No. 2:22-cv-3220 (SDW) (CLW)**

Dear Judge Wigenton:

      This firm represents Plaintiff Portview Properties, LLC ("Portview" or "Plaintiff") in the above-captioned matter. Presently pending before the Court is Defendant United States Immigration and Customs Enforcement's ("ICE") Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 10), which is currently returnable on September 6, 2022. On July 28, 2022, the Clerk granted Plaintiff's request, made pursuant to L. Civ. R. 7.1(d)(5), for an automatic extension of the originally noticed return date of ICE's motion from August 15, 2022 to September 6, 2022. (*See* Docket Set/Reset Notation, dated July 28, 2022). We write to respectfully request a final adjournment of ICE's motion from the current return date of September 6, 2022 until September 19, 2022, which is the next available motion day following the currently noticed date. We have conferred with counsel for ICE who consents to this request.

      We thank the Court for its time and attention to this request.

                                Respectfully submitted,

                                */s/ A. Ross Pearlson*
                                A. Ross Pearlson

cc: All Counsel of Record (*via ECF*)

**SO ORDERED.**

Hon. Susan D. Wigenton
United States District Judge
Dated: August 19, 2022

**NEW JERSEY**                                        **NEW YORK**