

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Ben Kuruvilla*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, NJ 07102*                     direct:(973) 297-2085
*ben.kuruvilla@usdoj.gov*              fax:   (973) 297-2010

September 12, 2022

**<u>Via ECF</u>**
Hon. Susan D. Wigenton
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:  ***Portview Properties LLC v. Corecivic, et al.***
> **Civil Action No. 2:22-cv-3220 (SDW)(CLW)**

Dear Judge Wigenton

I represent Defendant the United States Immigration and Customs Enforcement ("Government") in the above-captioned matter. The Government removed this case to this Court on May 27, 2022. ECF No. 1. On July 22, 2022, the Government filed a motion to dismiss Plaintiff Portview Properties, LLC's second amended complaint for lack of subject matter jurisdiction and failure to state a claim. ECF No. 10. The original return date on the Government's motion was August 15. Thereafter, on July 27, 2022, Plaintiff requested an automatic extension of the motion return date pursuant to Local Rule 7.1(d)(5), and on August 17, 2022, sought, and was granted on consent, a further extension of the motion return date. ECF Nos. 12, 14, & 15. Accordingly, Plaintiff filed its opposition on September 6, 2022, and the Government's reply is due today, September 12, 2022. ECF No. 18.

I write to respectfully request a one-week extension, to September 19, 2022, to submit the Government's reply brief. Plaintiff consents to this request.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

   /s/ Ben Kuruvilla

---

**SO ORDERED.**

*[signature]*

Hon. Susan D. Wigenton
United States District Judge
Dated: September 13, 2022

BEN KURUVILLA
Assistant United States Attorney

cc:   All Counsel of Record (By ECF)