NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PORTVIEW PROPERTIES, LLC, | |
| Plaintiff, | Civil Action No: 22-03220 (SDW)(CLW) |
| v. | **ORDER** |
| CORECIVIC, INC. and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| | January 24, 2023 |
| Defendants. | |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant United States Immigration and Customs Enforcement's ("ICE" or "Defendant ICE") Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure ("Rule")12(b)(1) and 12(b)(6), (D.E. 10), and Defendant CoreCivic, Inc.'s ("CoreCivic" or "Defendant CoreCivic") Motion to Dismiss Plaintiff Portview Properties, LLC's ("Portview Properties" or "Plaintiff") Complaint pursuant to Rule 12(b)(6), (D.E. 11), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated January 24, 2023,

**IT IS** on this 24th day of January, 2023

**ORDERED** that Defendant ICE's Motion to Dismiss, (D.E. 10), is **GRANTED with prejudice.**

**ORDERED** that this matter shall be remanded to the Superior Court of New Jersey, Union County.

1

2

**SO ORDERED**.

_/s/ Susan D. Wigenton_
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:      Clerk
           Cathy L. Waldor, U.S.M.J.
           Parties